IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LUTHER FITZGERALD STINSON, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NOS. 4:18cv195, |
| | § | 4:18cv196, 4:18cv198, 4:18cv199 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

Petitioner Luther Fitzgerald Stinson, Jr., an inmate confined in the Texas prison system, proceeding *pro se*, brings these petitions for a writ of habeas corpus challenging his Collin County convictions. The cause of action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petitions should be dismissed as time-barred. Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Petitioner's objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

Accordingly, it is **ORDERED** that the petitions for a writ of habeas corpus are **DENIED** and the cases are **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 7th day of November, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE